NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REPROS THERAPEUTICS INC.,**
*Plaintiff-Appellee*

**v.**

**HARRY FISCH,**
*Defendant-Appellant*

**JOSEPH S. PODOLSKI, RONALD WIEHLE,**
*Defendants*

---

2015-1328

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:13-cv-02266, Judge Vanessa D. Gilmore.

---

**JUDGMENT**

---

ALLYSON NEWTON HO, Morgan, Lewis & Brockius LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by DAVID W. CLOUGH, JOHN W. CAMPBELL, CHRISTOPHER MICHAEL CABRAL, Chicago, IL; WINSTOL D. CARTER, JR., CRAIG A. STANFIELD, RYAN B. MCBETH, NICHOLAUS E. FLOYD, Houston, TX.

MICHAEL ANTHONY NICODEMA, Greenberg Traurig LLP, Florham Park, NJ, argued for defendant-appellant. Also represented by BARRY SCHINDLER, JULIE PAMELA BOOKBINDER, New York, NY; ELLIOT H. SCHERKER, JOSE PENA, STEPHANIE L. VARELA, Miami, FL; MICHAEL J. SCHAENGOLD, Washington, DC.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 7, 2016 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |